IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONZELL THOMAS, </br>     Plaintiff, </br> </br> v. </br> </br> RANDY PFISTER, et al. </br>     Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )   **Case No. 18-cv-04311** </br> )   Judge Elaine E. Bucklo </br> )   Magistrate Judge Young B. Kim </br> ) </br> )   **Jury Demanded** </br> ) |

## UNCONTESTED MOTION TO FILE EXHIBITS UNDER SEAL

NOW COME the Defendant, Timothy Fahy, O.D., by and through his attorneys, CONNOLLY KRAUSE, LLC, hereby move this Court, pursuant to Local Rule 26.2, for leave to file Exhibits under seal to the extent that these documents contain confidential information. In support of this Motion, Defendant states as follows:

1. Defendant's Motion for Summary Judgment will include reference to certain exhibits containing opinions regarding Plaintiff's physical health.

2. Plaintiff's medical file is subject to a HIPAA order in this case.

3. To protect Plaintiff's privacy, Defendant now moves for leave to file Plaintiff's medical records and references to the same in depositions under seal.

4. Plaintiff does not oppose this motion.

WHEREFORE, Defendant hereby requests this Court enter an Order granting him leave to file any portions of Exhibits which contain Plaintiff's medical information or potential security related information under seal.

Respectfully Submitted,

Timothy Fahy, O.D.

By:   /s/ Margaret M. Molloy
*One of the Attorneys for Defendant*

Robert S. Tengesdal (#6288650)
Margaret M. Molloy (#6317096)
CONNOLLY KRAUSE LLC
500 West Madison Street, Suite #2430
Chicago, IL 60661
Ph: (312) 253-6200
rtengesdal@cktrails.com
mmolloy@ cktrails.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and served on all counsel of record

Dated: April 23, 2021

By:  /s/ *Margaret M. Molloy*
Attorney for Defendants